# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT L. HUEY

NO. 2019 KW 1553

**DEC 2 3 2019**

---

In Re:    Albert L. Huey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-11-0038.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's application for postconviction relief, filed August 4, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT